THE ·KANSAS CITY, TOPEKA & WESTERN RAILROAD COMPANY v. A. G. CARPENTER, *as Treasurer of Johnson County, et al.*—THE KANSAS CITY & OLATHE RAILROAD COMPANY v. A. G. CARPENTER, *as Treasurer of Johnson County, et al.*—THE KANSAS CITY, LAWRENCE & SOUTHERN KANSAS RAILROAD COMPANY v. A. G. CARPENTER, *as Treasurer of Johnson County, et al.*

THREE actions, brought by the above-named *Railroad Companies* against *Carpenter*, as treasurer, and *Hedrick*, as sheriff, of Johnson county, to restrain the collection of certain taxes. At the June Term, 1884, of the district court of said county, the court sustained defendants' demurrer to each petition, and dissolved the temporary injunction which had been granted in each case, and adjudged costs against each plaintiff. Each company alleges error, and brings its case to this court.

*James Hagerman, A. A. Hurd,* and *Robert Dunlap,* for plaintiffs in error.

*John T. Little,* county attorney, for defendants in error.

*Per Curiam*: All of these cases are the same in every respect as *The Pleasant Hill & DeSoto Railroad Company v. A. G. Carpenter, Treasurer,* just decided, and the decision given in that case is applicable to these.